IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KENT GRAHAM and COLETTE SAVAGE, | § § § | |
| Plaintiffs, | § § | 1:21-cv-151-RP |
| v. | § § | |
| MARK SAVAGE, et al., | § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report

and recommendation and dismissed with prejudice Plaintiffs' claims in this case. As nothing remains

to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on January 20, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE