# UNITED STATES FEDERAL COURT AUSTIN DIVISION

## 1:21-CV- 00151

January 20, 2022

In response to your order

Dear Judge Pittman,

You are very wrong about this case. You know I provided you with enough evidence that a contract never existed, a loan never existed, a Texas Note never existed and a third promissory Note never existed. You also were given evidence a Lien never existed, a security never existed, and the mortgage lending notes were self terminated. This is not only a manifest injustice but I proved this is a complete cover up of the following corrupted judges actions:

Judge Lee Harris out of Hillsboro Texas issuing an illegal security without a foundation of its existence.

Judge Mayfield included in the cover up scheme of issuing a note/ security that did not exist.

Justice Thomas Gray, Al Scoggins and Rex Harris participating in the issuance of a fraudulent Texas Note that they never proved nor existed in the record.

Every action this court took goes against the Texas Constitution Article 16 section 6a, Bill of Rights and the US Constitution. This was never a case and always remained a court scheme.

Once this court had evidence Moss was a perjurer this court had an obligation to act and refused to do so. The court had the facts and the evidence.

 I whom represent the American people have now proven the irrelevance and gross manifest injustice that all Americans are complaining about whereby judges are corruptly protecting each others status and du novo review hardly occurs.

I also have also proven a two tiered system exists where pro se litigants are definitely a violated and discriminated party.

So, for someone who proves there is no existence of a contract, no security and no lien not only have you let down myself but the American people by harboring my brother whom happens to be committing a number felonies you refuse to recognize.

I asked the judges to show proof of either a Texas Note and or a Promissory Note and you refused by harboring this court fraud. This now proves the court is acting outside of the law and the constitution as well as the bill of rights.

What happened to my evidentiary hearing? Your actions have taught many of us to lose all confidence in the system. I can prove the system is broken. I never had a legal contract with my brother. There are so many laws that prevents this kind of injustice. This is an illegal debt collection when I was never a debtor. If there is no debt then there is a problem in the courts.

Why on earth would you allow my brother to steal one million dollars worth of my money and property? I am 68 years old.

I know in your heart of hearts you know you made the wrong decision.

Who can help me with this?

Colette Savage