# United States Court of Appeals
# for the Fifth Circuit

FILED
April 17, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

No. 22-50111
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
March 24, 2023
Lyle W. Cayce
Clerk

Kent Graham; Colette Savage,

*Plaintiffs—Appellants,*

versus

Mark Savage; Vijay Mehta,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-151 RP
_____

Before Wiener, Elrod, and Engelhardt, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Apr 17, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
# for the Fifth Circuit

No. 22-50111

United States Court of Appeals
Fifth Circuit
**FILED**
March 24, 2023
Lyle W. Cayce
Clerk

Kent Graham; Colette Savage,

*Plaintiffs—Appellants*,

*versus*

Mark Savage; Michael McDonald; Vijay Mehta; Thomas Gray, 10ᵗʰ Court of Appeal; Rex Davis, 10ᵗʰ Court of Appeal; Lee Harris, Judge 66ᵗʰ Hill District Court,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-151

---

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

Per Curiam:*

    The facts underlying the original state court suit are complicated, but in essence this case involves a family feud over an inheritance. The Savages left a trust to their two children—Mark and Colette. After a few twists and turns, Colette ended up in debt to Mark after he defended his half-brother's probate litigation on Colette's behalf. In an attempt to repay Mark, Colette

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

signed a promissory note, secured by a deed of trust on six tracts of land. Colette made a few payments, but eventually defaulted. Thereafter, Mark initiated foreclosure proceedings on three of the six properties.

Colette has since filed multiple lawsuits in state court, as well as lawsuits in at least two federal district courts challenging this promissory note, deed of trust, and foreclosure. Both federal lawsuits challenge various state court orders and seek relief from state court judgments.

The Northern District of California found that, at its core, Colette's lawsuit "amounts to a forbidden de facto appeal of state court decisions that entered judgment against her in Defendant's favor regarding a promissory note she executed in Texas." The district court concluded that such a lawsuit was barred under the *Rooker-Feldman* doctrine. The Western District of Texas agreed and dismissed the lawsuit for lack of subject matter jurisdiction.

The *Rooker-Feldman* doctrine deprives federal courts of subject matter jurisdiction in "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005). The district court properly dismissed Colette's claims, as they are inextricably intertwined with the state court judgment and proceedings regarding this note, deed of trust, and foreclosure, so her lawsuit is barred by the *Rooker-Feldman* doctrine.

Accordingly, the district court's judgment is AFFIRMED.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 17, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 22-50111   Graham v. Savage
                            USDC No. 1:21-CV-151

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Roeshawn Johnson, Deputy Clerk
                                      504-310-7998

cc:  Mr. Kent Graham
     Mr. Vijay Mehta
     Mr. Jeffrey Allan Moss
     Mr. Robert L. Nelson
     Ms. Colette Savage